THE ALLISON LAW FIRM CHTD.
Noah G. Allison (#6202)
Michelle L. Allison (#7110)
3191 East Warm Springs Road
Longford Plaza East, Building 13
Las Vegas, Nevada 89120-3147
Tel   (702) 933-4444
Fax   (702) 933-4445
noah@allisonnevada.com
michelle@allisonnevada.com
*Attorneys for Steven Haigh*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN HAIGH, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA, PLAN A AND PLAN B, and THOMAS WHITE, an individual,<br><br>Defendant.<br><br>CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA, PLAN A AND PLAN B,<br><br>Counterclaimant,<br><br>vs.<br><br>STEVEN HAIGH, an individual,<br><br>Counterdefendant. | Case No. 2: 14-cv-01545-JAD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

COMES NOW Plaintiff/Counterdefendant Steven Haigh ("Haigh"), by and through his counsel The Allison Law Firm Chtd., Defendant and Counterclaimant Construction Industry and Laborers Joint Pension Trust for Southern Nevada, Plan A and Plan B ("Pension Trust") and Defendant Thomas White by and through their counsel Brownstein Hyatt Farber Schreck, LLP, and hereby stipulate and agree to dismiss the above-referenced case in its entirety with prejudice. Each side shall bear its own attorneys' fees and costs.

DATED this 2nd day of February, 2016.

THE ALLISON LAW FIRM CHTD.

By: _____
Noah G. Allison (#6202)
Michelle L. Allison (#7110)
3191 East Warm Springs Road
Las Vegas, Nevada 89120-3147
*Attorney for Steven Haigh*

DATED this 2nd day of February, 2016.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: _____
Adam P. Segal, Esq.
Bryce C. Loveland, Esq.
Christopher M. Humes, Esq.
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Facsimile (702) 382-8135
*Attorneys for Defendant and Counterclaimant Construction Industry and Laborers Joint Pension Trust for Southern Nevada, Plan A and Plan B and Defendant Thomas White*

## ORDER

Based on the parties' stipulation to dismiss this entire action with prejudice [83], and with good cause appearing and no reason to delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the stipulation [83] is approved. All claims are hereby DISMISSED with prejudice, each party to bear its own fees and costs. ALL PENDING MOTIONS ARE DENIED as moot. The Clerk of Court is directed to CLOSE THIS CASE.

Dated: February 4, 2016.

_____
UNITED STATES DISTRICT JUDGE